# In the United States Court of Federal Claims

SAMUEL JEDEDIAH BURLESON TRUST

SAMUEL JEDEDIAH BURLESON ~~TRUST~~
Plaintiff(s),

v.

THE UNITED STATES,

U.S.D.O.J. Bureau of Prisons
Defendant.
T.D.C.J.
STATE OF TEXAS
WILLIAMSON COUNTY DISTRICT COURT
UNITED STATES
ET AL

Case No. 20-610 C

Judge _____

## COMPLAINT AND ORDER

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

Claim 1 — U.S.D.O.J. - TORT CLAIMS BRANCH LOST a $267 Billion U.S. Dollar and/or "Money of Account"/DEBIT/Credit - Claim 1 - Treble Damages Apply

Claim 2 — U.S.D.O.J. - Bureau of Prisons Holding/Kidnapping for Ransom See also Title 4 U.S.C. 104-106 "STATE OF TEXAS" DESIGNATION-Sub-franchise Member State. Notice to/with Agent is Notice to/with Principal and Vice Versa. Tangible-Things are IN "WARD" of their Custodian/owner/Person This Means EVERYTHING MAY BE SUED AT ONE TIME PER THE COLLUSION and/or Conspiracy together enforcing and upholding Texas Dept. of Crim. Justice (TDCJ) Custody and Control. Every Citizen and Every Thing is at fault by their consent in the operation of their Commerce-system. Along with every corporation and entity includes Principal: BRITAIN/U.K. AND All COUNTRIES, NATIONS, STATES, UN, and every one and every thing and every person, entity, and business-attached. This Federal Claim Begins 03-21-2020.

Claim 3 — Failure of the Operation of a Business while in TDCJ-USDOJ-Bureau of Prisons/Title 4-USC 104-106 05/31/2006 thru 04/02/2020

Claim 4 — Failure of the permittance of the use of a U.S. Treasury-Account by the Mail 11/19/2013 - 2020/April 02

A-5

## 2. PARTIES

Plaintiff, SAMUEL JEDEDIAH BURLESON, ~~Trust~~ resides at 604 Armour St. ~~East~~
(Street Address)

Coolidge, Texas ~~77~~ 76635,   (936) 553-5718
(City, State, ZIP Code)   (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

SAMUEL JEDEDIAH BURLESON TRUST ®        ~~OR~~ U.S. Treasury Bld., ste 3330
604 ARMOUR STREET / PMB 302              1500 Pennsylvania Ave NW
City of Coolidge, STATE OF TEXAS [76635] Washington DC ~~20530~~ 20220
                                         (202)622-2000

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?  ◯ Yes  ● No

If yes, please list the case(s) below, including case number(s):

N/A

## 3. STATEMENT OF THE CLAIM.

State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

($801 Billion - USD/DEBIT/ money of Acunt) **Claim 1** U.S.D.O.J. - TORT CLAIM BRANCH is with the Loss of our TORT CLAIM worth $267 Billion U.S.D. One and 1/2 years Ago Approximately. Because of said loss the Tort Claim is with the Value of the SumCertain Claimed. TREBLE-DAMAGES HEREBY APPLY. (See the USDOJ TB Corr. Records for the Proof)

($500 million - USD/DAY times every Person, entity and thing in the World in Tow of party with the UNITED STATES EST. $600 - TRILLION, USD/DEBIT/ credit/ money of Acunt) **Claim 2** - Burleson Pled out in a Bargain to Make parole or do day for day. Burleson Paroled 08-01-2016 on D5-265-K277-Agg.Sex.Ass.Will.Co.#246 and DISCHARGED 03-21-2020 on 08-684-K26 Which is a 4 Year Sentence that is with the Beg: 03-21-2016. Per The Tex.C.C.P. 42.18 §d, both Sentences "Cease to operate." USDOJ - Bureau of Prisons/U.S.D.OJ. and TDCJ, STATE OF TEXAS, and Every Person, Thing, Corporation etc are with the "Kidnapping for the Ransom" by the Unlawful-holding of BURLESONS LIBERTY. All Plea Bargains are Now VOID, INVOLUNTARY, UNDER-DURESS, and any Statements are under duress therein. Leaving Absolutely "No Evidence." Terms "On/About" are Unconstitutional. Beginning March 21st 2020 unto Present et al. BREACH OF Plea Bargain by The State VOIDS all Bargains.

($30 Billion U.S.D.) **Claim 3** Failure of the Permittance to operate a business while in TDCJ ~~about~~ 05-31-2006 thru. 04-02-2020 et ~~all~~ Al. (7 tax #'s

($100 billion USD) **Claim 4** Failure of the Permittance of using of our U.S. Treasury Account by U.S.P.S. - MAIL in which holds $100M-USD/DEBIT/BOND/Credit A-6

All Compensations must be Exempt from Levy, Tax-Exempt, Insured, with the Insurance and permittance of a Federal Reserve and/or IMF Account (Black Account) to not ~~damage meet~~ the Markets.

**4. ORDER-RELIEF.** Briefly state exactly what you want the court to do for you.

Restore the Liberty of one SAMUEL JEDEDIAH BURLESON and Compensate per Treevant v. City of Tampa 741 F2d 336 and Pacific Mutual Life Ins. Co. v. HASLIP 215 NE ... /pu each day. Waive all fees and Strikes, and Sanctions. VOID ALL PLEA BARGAINS AND JUDGEMENTS ABOVE FOR THE BREACH BY THE STATE OF TEXAS/UNITED STATES. EXTRA ORDINARY RELIEF by the expungement & sealment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __02__ day of __APRIL__, __2020__.
       (day)            (month)         (year)

_____
Signature of Plaintiff(s)

# In the United States Court of Federal Claims

SAMUEL JEDEDIAH BURLESON )
)
SAMUEL JEDEDIAH BURLESON TRUST )
          **Plaintiff(s),** )
)
v. )
)
**THE UNITED STATES,** )
)
          **Defendant.** )
U.S.D.O.J. - Bureau of Prisons, TDCJ, )
STATE OF TEXAS, 
WILLIAMSON COUNTY COURT

Case No. _____

Judge _____

## CERTIFICATE OF SERVICE

I hereby certify that on **April 02nd**, **2020**, a copy of **This** _____,

was mailed via **U.S. Fed. Claims**, to **717 Madison Place NW**,
at _____ **Washington DC 20439**.

_____
(Signature of Applicant)

**BURLESON, SAMUEL J.**
(Printed Name)

**604 ARMOUR ST / PO BOX 302**
(Street Address)

**Coolidge Texas 76635**
(City, State, ZIP Code)

**(936) 553-5718**
(Phone Number)